Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278512)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com

Attorneys for Plaintiff BLAKE SMITH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE SMITH; <br><br> Plaintiff, <br><br> vs. <br><br> CITIBANK (SOUTH DAKOTA), N.A., a National Banking Association; HUNT & HENRIQUES, a California Law Partnership, and DOES 1-20 <br><br> Defendant(s). | Case No. <br><br> COMPLAINT FOR VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT & ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act of the United States, 15 U.S.C. § 1692 *et. seq.* (hereinafter "FDCPA"), and the California

Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), each of which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. PARTIES

2. Plaintiff, Blake Smith ("PLAINTIFF" or "SMITH"), is a natural person residing in Los Angeles County in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h)..

3. At all relevant times herein, Defendant Citibank (South Dakota) N.A. ("CITBANK") and Defendant Hunt & Henriques were each companies engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "consumer debt," as defined by Cal Civ Code §1788.2(f). Each Defendant regularly attempts to collect debts alleged to be due, and therefore, each is a "debt collector" as defined by 15 U.S.C. §1692a(5) and by Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4. At all relevant times the law firm Hunt & Henriques was retained by Citibank for the purposes of collecting a debt from the PLAINTIFF. At all relevant times, Hunt & Henriques was the agent of Citibank acting within the scope of its authority in collecting a debt from the PLAINTIFF. At all relevant

times, the actions taken by Hunt & Henriques in collecting a debt from the PLAINTIFF were undertaken with the knowledge, approval and acquiescence of Citibank.

5. At various and multiple times within the year immediately prior to the filing of the instant complaint, Hunt & Henriques contacted PLAINTIFF in an attempt to collect an alleged outstanding debt.

6. On or about April 8, 2011, Hunt & Henriques filed on behalf of Citibank a collection lawsuit against SMITH in the Superior Court of California, County of Los Angeles entitled *Citibank (South Dakota) N.A. v. Blake Smith*, LASC Case No: 11C01633 (hereinafter "*Citibank v Smith*") . The case was subsequently renumbered 11CL1633.

7. On or about July 6, 2011, *Citibank v. Smith* was disposed by judgment against SMITH.

8. In a letter dated January 14, 2014 to SMITH'S then Attorney, William Rose,(the "Letter"), Hunt & Henriques confirmed that Citibank had agreed accept the sum of $10,950.00 as settlement in full of the judgment in *Citibank v Smith*. Pursuant to that letter, this amount was to be paid as follows: (1) the sum of $4,846.38, which had been levied from Smith's bank account, was to be released by the sheriff to Citibank; and, (2) the balance of $6,103.62 was to be paid by Smith to Hunt & Henriques no later than 5:00 p.m. on January 31,

2014. A true and correct copy of the Letter is attached hereto as Exhibit "A" and incorporated by reference.

9. Smith made the required payment according to the Letter's instructions by check dated January 28, 2014. The check was received and deposited by Hunt & Henriques on January 30, 2014, one day before the payment deadline. A true and correct copy of the check, front and back is attached hereto as Exhibit "B" and incorporated by reference.

10. On or about March 5, 2014 and notwithstanding Smith's complete performance of his obligations under the settlement agreement in *Citibank v. Smith*, Citibank through its attorney Hunt & Henriques levied PLAINTIFF's Wells Fargo Bank Account (the "LEVY") seeking $20,769.95 as the amount necessary to satisfy the judgment creditor. A true and correct copy of the Notice of Levy is attached hereto as Exhibit "C" and incorporated by reference.

11. The conduct of Defendant HUNT & HENRQIUES violated the FDCPA and RFDCPA in multiple ways, including but not limited to:

> a) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));
>
> b) Falsely representing to Plaintiff that services were rendered or that compensation maybe lawfully received by Defendant for collection of Plaintiff's debt (§1692e(2)(B));
>
> c) Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment,

attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intent to take such action (§1692e(4));

d) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));

e) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10);

f) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f));

g) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692d)).

12. The conduct of Defendant CITIBANK violated the RFDCPA in multiple ways, including but not limited to:

h) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));

a) Falsely representing to Plaintiff that services were rendered or that compensation maybe lawfully received by Defendant for collection of Plaintiff's debt (§1692e(2)(B));

b) Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment, attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intent to take such action (§1692e(4));

c) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));

d) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10);

e) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f));

f) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692d)).

13. As a result of the above violations of the RFDCPA, PLAINTIFF suffered and continues to suffer injury to PLAINTIFF'S feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and DEFENDANT is liable to PLAINTIFF for PLAINTIFF'S actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

14. PLAINTIFF reincorporates by reference all of the preceding paragraphs.

15. To the extent that DEFENDANTS' actions, counted above, violated the FDCPA, those actions were done knowingly and willfully

## COUNT II: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

16. PLAINTIFF reincorporates by reference all of the preceding paragraphs.

17. To the extent that DEFENDANTS' actions, counted above, violated the FDCPA, those actions were done knowingly and willfully

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF respectfully prays that judgment be entered against DEFENDANT for the following:

    A.    Actual damages;

    B.    Statutory damages for willful and negligent violations;

    C.    Costs and reasonable attorney's fees; and

    D.    For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 18th day of July 2014.


By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for PLAINTIFF

**HUNT & HENRIQUES**
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE
SAN JOSE, CA 95119-1306

MICHAEL S. HUNT
JANALIE HENRIQUES

AREA CODE 408
TELEPHONE 362-2270
FACSIMILE 362-2299

January 14, 2014

William Rose, Esq.
The Law Office of William Rose
100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401

    Re:   *CITIBANK (SOUTH DAKOTA) N.A. v. BLAKE A SMITH*
            Superior Court Case No. 11CL1633
            Satisfaction of Judgment Settlement

Dear Mr. Rose:

      This letter will confirm that CITIBANK has agreed to accept $10,950.00 as settlement in full of the judgment in case number 11CL1633 regarding a CITIBANK credit account with the last four digits of 4751 which currently has an outstanding balance of $21,878.84.

      Plaintiff's counsel has contacted the Sheriff's Office and has been notified that the Sheriff is currently holding $4,846.38 that has been levied from defendant's bank account. Defendant agrees that those funds are to be released to plaintiff and applied to the settlement described above. Defendant further agrees to make a lump sum payment of $6,103.62 which is to be received in our office at or before 5:00 p.m. on January 31, 2014. A check should be made out to CITIBANK (SOUTH DAKOTA) N.A. with our file number (677858) on the check and mailed or delivered to Hunt & Henriques, 151 Bernal Rd., Ste 8, San Jose, CA 95119. We can also arrange pay by phone or direct deposits.

      Neither CITIBANK nor this firm makes any representations as to the tax consequences of settling the matter and a 1099 may issue for sums forgiven in excess of $600.00 on the underlying account. Upon the receipt of the levied funds and timely receipt and clearance of the settlement payment described above, Hunt & Henriques will file a satisfaction of judgment.

      Thank you for your help in resolving this matter.

                                                  Sincerely,

                                                  Donald Sherrill
                                                  Attorney at Law
                                                  Hunt and Henriques

*PLEASE NOTE: THIS FIRM IS A DEBT COLLECTOR AND ALL INFORMATION OBTAINED
WILL BE USED FOR THE PURPOSE OF COLLECTING THE DEBT*

EXHIBIT B

**CINDY LYNN SMITH**        102
2102 RUTGERS AVE
LONG BEACH CA 90815

Date: 4/28/14

Pay to the Order of: Citibank (South Dakota) NA    $ 6103.62

Six thousand one hundred and three dollars & 62/100 Dollars

LBS FINANCIAL Credit Union
www.lbsfcu.org
562.598.9007 · 714.893.5111
P.O. Box 4860, Long Beach, CA 90804-0860

For: Sept 677858

Cindy F Smith

⑆322226855⑆ 0102 7106074 ⑈

---

WELLS FARGO BANK NA FRE
[illegible stamp]
P 1221-0527-84

121245916B

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
121042882
FOR DEPOSIT ONLY
HUNT & HENRIQUES
TRUST ACCOUNT
6029117595

EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TEL NO.: 408-362-2270 |
|---|---|
| ☐ Recording requested by and return to: Michael S. Hunt, ESQ. #99804<br>Janalie Henriques, ESQ. #111589<br>151 Bernal Road Suite 8<br>SAN JOSE CA 95119 | |

☐ ATTORNEY FOR   ☐ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

NAME OF COURT: LOS ANGELES
STREET ADDRESS: 12720 NORWALK BLVD.
MAILING ADDRESS:
CITY AND ZIP CODE: NORWALK CA 90650
BRANCH NAME: NORWALK

PLAINTIFF: CITIBANK
DEFENDANT: BLAKE A SMITH

FOR RECORDER'S USE ONLY

LEVYING OFFICER (Name and Address):
LA-Long Beach
Sheriff's Dept.
275 MAGNOLIA BL RM 4000
Long Beach, CA 90802
562-491-5942

NOTICE OF LEVY
under Writ of ☒ Execution (Money Judgment)   ☐ Sale

LEVYING OFFICER FILE NO.   COURT CASE NO: 11CL1633

TO THE PERSON NOTIFIED (name):
WELLS FARGO BANK-LONG BEACH
251 E WILLOW ST STE A, LONG BEACH, CA 90806

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. judgment debtor ((name): BLAKE A SMITH

   b. the property to be levied upon is described
      ☐ in the accompanying writ of possession or writ of sale.
      ☒ as follows: Any and all checking, savings, safe deposit boxes and christmas club accounts including but not limited to an account SS#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

2. The amount necessary to satisfy the judgment creditor's judgment is:

   a. Total amount due (less partial satisfactions) . . . . . . . . . . . . . . . . . . . $ $20,722.95
   b. Levy fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $35.00
   c. Sheriff's disbursement costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $12.00
   d. Recoverable costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $20,769.95
   e. Total (a through d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
   f. Daily interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ $4.78

   Please Contact Sheriff's Dept. for exact payoff amount

3. You are notified as
   a. ☒ a judgment debtor
   b. ☐ a person other than the judgment debtor (State capacity in which person is notified):

(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page

Notice of Levy was
☒ mailed on (date):
☐ delivered on (date):
☐ posted on (date):
☐ filed on (date):
☐ recorded on (date):

Date:
MICHAEL GONZALES 902 SAN BERNARDINO

(TYPE OR PRINT NAME)

☐ LEVYING OFFICER   ☒ REGISTERED PROCESS SERVER

Page 1 of 2

Form Adopted by the
Judicial Council of California
EJ-150 (Rev. January 1, 2002)

NOTICE OF LEVY
(Enforcement of Judgment)

Code of Civil Procedure CCP 699.540

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Michael S. Hunt, ESQ. #99804<br>Janalie Henriques, ESQ. #111589<br>151 Bernal Road Suite 8<br>SAN JOSE CA 95119<br>TELEPHONE NO.: 408-362-2270   FAX NO.:<br>ATTORNEY FOR (Name): Judgement Creditor | LEVYING OFFICER (Name and Address):<br><br>LA-Long Beach<br>Sheriff Dept.   275<br>MAGNOLIA BL RM 4000<br>Long Beach, CA 90802<br>562-491-5942 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>NAME OF COURT: LOS ANGELES SUPERIOR<br>STREET ADDRESS: 12720 NORWALK BLVD.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: NORWALK CA 90650<br>BRANCH NAME: NORWALK | |
| PLAINTIFF/PETITIONER: CITIBANK<br>DEFENDANT/RESPONDENT: BLAKE A SMITH | LEVYING OFFICER FILE NO.: |
| MEMORANDUM OF GARNISHEE<br>(Attachment - Enforcement of Judgment) | COURT CASE NO.:<br>11CL1633 |

| NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have complied with levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.<br>- RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER - | This memorandum does *not* apply to garnishment of earnings. |
|---|---|

1. a. Garnishee (name): WELLS FARGO BANK-LONG BEACH

   b. Address: 251 E WILLOW ST STE A, LONG BEACH, CA 90806

2. Judgment Creditor (name): CITIBANK

3. ☐ (Check if applicable.) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

5. For writ of execution only  Describe any property of the judgment debtor not levied upon that is in your possesion or under your control:

25255   (Continued on reverse)

Form Adopted by the
Judicial Council of California
AT-167,EJ-152 (Revised July 1, 2013)

MEMORANDUM OF GARNISHEE
(Attachment - Enforcement of Judgment)

CCP 488.610
701.030